AMALIE NORVE, as Administratrix of the Goods, Chattels and Credits Which Were of PETER NORVE, Deceased, Respondent, v. DWIGHT P. ROBINSON & Co., INC., a Foreign Corporation, and PIETROWSKI & KONOP Co., INC., a Domestic Corporation, Appellants.— Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

JOSEPHINE W. OSGOOD, Plaintiff, v. CHARLES D. ROBBINS and Others, Copartners Composing the Firm of CHARLES D. ROBBINS & COMPANY, Respondents, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Order denying motion to vacate order bringing in appellant as a party defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

THE POUGHKEEPSIE SAVINGS BANK, Respondent, v. GEORGE COHEN and Others, Defendants, and WENER HOLDING Co., INC., Appellant.— Order denying appellant's application to vacate that part of the judgment, dated September 7, 1929, which awards an additional allowance of $961.75 to the plaintiff, reversed upon the law, with ten dollars costs and disbursements, in so far as it denies such application, and motion granted, with ten dollars costs. The additional allowance was improper and the application to vacate or set aside " the erroneous and illegal part of the judgment was legal and regular." (Herpe v. Herpe, 225 N. Y. 323.) Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

THE POUGHKEEPSIE SAVINGS BANK, Respondent, v. FRANCES HERRON and Others, Defendants, and WENER HOLDING Co., INC., Appellant.— Order denying appellant's application to vacate that part of the judgment, dated September 7, 1929, which awards an additional allowance of $2,000 to plaintiff, reversed upon the law, with ten dollars costs and disbursements, in so far as it denied the application, and motion granted, with ten dollars costs. This decision is made upon authority of Poughkeepsie Savings Bank v. Cohen (229 App. Div. 789), decided herewith. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DEVIN, Appellant.— Judgment of conviction and order of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.